**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| VERNON HARRIS, | No. CIV 02-0494-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. |  |
| SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA; et al., |  |
| Defendants. |  |

Pending before the Court is Plaintiff Vernon Harris's Motion Asking Court to Review Taxation of Costs and Motion Asking Court to Order Defendants to Pay for of Offset Costs of Certain Deposition Transcripts Pursuant to the Court's Order of September 22, 2005. (Dkt. 339.) The Court will deny both motions without prejudice to refiling at the proper time and with the proper authority.

Pursuant to Fed.R.Civ.P. 54(d)(1), Plaintiff files a motion requesting the Court to review the action of the Clerk of Court in taxing costs. (Dkt. 339 at 1.) As Plaintiff notes, however, the Clerk has not yet taxed costs. (Id.) Therefore, Plaintiff's request is denied as premature. See Fed.R.Civ.P. 54(d)(1) (action of clerk may be reviewed by court on motion "served within 5 days" after costs are taxed by clerk). If dissatisfied with the action of the Clerk, Plaintiff may move for review of that action at the proper time. Id.

Plaintiff also seeks an order requiring Defendants to pay for the costs of certain deposition transcripts "pursuant to the Court's Order of September 22, 2005 or to offset those

costs against any costs assessed against plaintiff." (Dkt. 339 at 1-2.) The Court has carefully reviewed the docket entries, and finds no such Order by the Court. Accordingly, Plaintiff's request is denied without prejudice to Plaintiff submitting proper authority in support thereof.

**IT IS HEREBY ORDERED DENYING WITHOUT PREJUDICE TO REFILING** Plaintiff's Motion Asking Court to Review Taxation of Costs and Motion Asking Court to Order Defendants to Pay for of Offset Costs of Certain Deposition Transcripts Pursuant to the Court's Order of September 22, 2005. (Dkt. 339.)

DATED this 26th day of July, 2006.

Stephen M. McNamee
United States District Judge