**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Vernon Harris, | ) | No. CV-02-494-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Superior Court of the State of Arizona in and for the County of Maricopa; the Supreme Court of Arizona; and the State of Arizona, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the Application for Withdrawal as Counsel from attorney Glenn J. Carter and Jennings, Strouss & Salmon, P.L.C. Dkt. 368. The Court notes that the present case is currently pending on appeal before the Ninth Circuit Court of Appeals. However, Counsel's application represents that he is leaving the private practice of law and the State of Arizona effective January 19, 2007. (Id.) Thus, although Counsel may need to determine whether to file a similar motion in the Court of Appeals, it is practically necessary for this Court to grant his Application to Withdraw now, rather than when the Ninth Circuit issues its mandate in the pending appeal. Accordingly, for good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Application for Withdrawal as Counsel from attorney Glenn J. Carter and Jennings, Strouss & Salmon, P.L.C. (Dkt. 368.)

**IT IS FURTHER ORDERED** that attorneys Glenn J. Carter and Jennings, Strouss & Salmon, P.L.C. may withdraw as counsel of record for Plaintiff, pursuant to LRCiv

1  83.3(b)(1) of the Rules of Practice of the United States District Court for the District of
2  Arizona.  The Clerk of Court shall indicate on the docket that both Glenn J. Carter and
3  Jennings, Strouss & Salmon, P.L.C. no longer represent Plaintiff in this case.

4  DATED this 22nd day of January, 2007.

*Stephen M. McNamee*
United States District Judge