**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VERNON HARRIS, ) | No. CIV 02-0494-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| SUPERIOR COURT OF THE STATE OF ) ARIZONA IN AND FOR THE COUNTY ) OF MARICOPA; et al., ) | |
| Defendants. ) | |

Pending before the Court is Plaintiff Vernon Harris's Motion Asking Court to Review Taxation of Costs and Motion Asking Court to Order Defendants to Pay for of Offset Costs of Certain Deposition Transcripts Pursuant to the Court's Order of September 22, 2005. (Doc. 349).

In light of Plaintiff's appeal, the Court finds that it would be imprudent to resolve Plaintiff's pending motion. Consequently, the Court will deny Plaintiff's motion without prejudice and with leave to re-file upon the Ninth Circuit's resolution of Plaintiff's appeal.

**IT IS HEREBY ORDERED DENYING WITHOUT PREJUDICE** Plaintiff's Motion Asking Court to Review Taxation of Costs and Motion Asking Court to Order Defendants to Pay for of Offset Costs of Certain Deposition Transcripts (Doc. 349).

DATED this 2nd day of April, 2007.

Stephen M. McNamee
United States District Judge