**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VERNON HARRIS, | No. CIV 02-0494-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA; et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Extend Time (Doc. 375) in which to respond to Defendants' Motion for Attorneys' Fees. Upon good cause,

**IT IS HEREBY ORDERED GRANTING** the motion. (Doc. 375.) Plaintiff shall file his Response to Defendants' Motion for Attorneys' Fees **no later than September 15, 2008**.

DATED this 15th day of July, 2008.

_____
Stephen M. McNamee
United States District Judge