**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Vernon Harris, | ) | No. CV-02-494-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| State of Arizona, et al., | ) | |
| Defendants. | ) | |

Based upon the Motion for Briefing Schedule for Application for Attorneys' Fees (Doc. 383) filed by defense counsel and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion for Briefing Schedule (Doc. 383) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a Response to Defendants' Application for Attorneys' Fees no later than **Friday, October 17, 2008.**

**IT IS FURTHER ORDERED** that Defendants' shall file their Reply in Support of their Application for Attorneys' Fees no later than **Friday, October 31, 2008.**

DATED this 24th day of September, 2008.

Stephen M. McNamee
United States District Judge